UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAPHAEL SALINAS,

                 Petitioner,

-against-

WILLIAM MAZZUCA, Superintendent,
Fishkill Correctional Facility,

                 Respondent.
----------------------------------------------------------------X

JUDGMENT
05-CV-2869 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 4 2007 ★
P.M. _____
TIME A.M. _____

       An Order of Honorable Nina Gershon, United States District Judge, having been filed on May 3, 2007, denying petitioner's application for a writ of habeas corpus; ordering that a Certificate of Appealability shall not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3), that *in forma pauperis* status is denied for the purpose of an appeal; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is denied; that a Certificate of Appealability shall not issue; and that pursuant to 28 U.S.C. § 1915(a)(3), *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       May 03, 2007

                                                 s/RCH
                                          ROBERT C. HEINEMANN
                                          Clerk of Court